UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peter L. Fear,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>United States of America,<br><br>　　　　Defendant. | No.  2:18-cv-02333-KJM-DB |
| Orlonzo Hedrington,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>United States of America, et al,<br><br>　　　　Defendants. | No.  2:21-cv-00414-KJM-DB |
| Orlonzo Hedrington,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>David Grant Medical Center, et al.,<br><br>　　　　Defendants. | No.  2:22-cv-00074-JAM-DB<br><br>**RELATED CASE ORDER** |

1

1   Examination of the above-captioned actions reveals that they are related within the
2   meaning of Local Rule 123(a).  Here, "both actions involve similar questions of fact and the same
3   question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a
4   substantial savings of judicial effort."  Local Rule 123(a)(3).  Accordingly, the assignment of
5   these matters to the same judge is likely to effect a substantial savings of judicial effort and is
6   likely to be convenient for the parties.

7   The parties should be aware that relating cases under Rule 123 causes the actions to be
8   assigned to the same judge – it does not consolidate the actions.  Under Rule 123, related cases
9   are generally assigned to the judge and magistrate judge to whom the first filed action was
10  assigned.

11  As a result, it is hereby ORDERED that Case No. 2:22-cv-00074-JAM-DB is reassigned
12  from Judge John A. Mendez to the undersigned.  Moving forward, the caption on documents filed
13  in the reassigned case shall be shown as: Case No. 2:22-cv-00074-KJM-DB.

14  It is further ORDERED that the Clerk of the Court make appropriate adjustment in the
15  assignment of civil cases to compensate for this reassignment.

16  IT IS SO ORDERED.
17  DATED:  June 15, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE