UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLONZO HEDRINGTON, | No. 2:22-cv-0074 KJM DB PS |
| Plaintiff, | |
| v. | |
| DAVID GRANT MEDICAL CENTER, et. al., | ORDER |
| Defendants. | |

    Plaintiff is proceeding in this action pro se. The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

    On November 23, 2022, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The time for filing objections has expired, and plaintiff has filed objections to the findings and recommendations. ECF Nos. 36, 37, 50. The David Grant Medical Center does not object and has responded to plaintiff's objections. ECF No. 39.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 23, 2022 (ECF No. 34) are adopted in full;

2. Defendant David Grant Medical Center's April 26, 2022 motion to dismiss (ECF No. 11) is granted;

3. Defendant David Grant Medical Center is dismissed without prejudice due to a lack of jurisdiction; and

4. This case is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED: February 8, 2023.

CHIEF UNITED STATES DISTRICT JUDGE