UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Orlonzo Hedrington et al., | No. 2:18-cv-02333 KJM-DB |
| Plaintiffs, | ORDER |
| v. | |
| Veteran's Administration of the United States of America, et al., | |
| Defendants. | |
| Orlonzo Hedrington, | No. 2:21-cv-00414-KJM-DB |
| Plaintiff, | |
| v. | |
| County of Solano et al., | |
| Defendants. | |
| Orlonzo Hedrington, | No. 1:22-cv-01425-KJM-DB |
| Plaintiff, | |
| v. | |
| Veteran's Administration of the United States of America et al., | |
| Defendants. | |

1

| | |
|---|---|
| Orlonzo Hedrington,<br><br>    Plaintiff,<br><br>  v.<br><br>David Grant Medical Center, et al.,<br><br>    Defendants. | No: 2:22-cv-00074-KJM-DB |
| Orlonzo Hedrington,<br><br>    Plaintiff,<br><br>  v.<br><br>David Grant Medical Center et al.,<br><br>    Defendants. | No: 2:23-cv-00801 TLN CKD |
| Orlonzo Hedrington,<br><br>    Plaintiff,<br><br>  v.<br><br>United States of America,<br><br>    Defendant. | No: 1:24-cv-00497 KES-SKO |
| Orlonzo Hedrington,<br><br>    Plaintiff,<br><br>  v.<br><br>United States of America,<br><br>    Defendant. | No: 2:24-cv-01224 DAD-DB |
| Orlonzo Hedrington,<br><br>    Plaintiff,<br><br>  v.<br><br>United States of America,<br><br>    Defendant. | No. 2:24-cv-03541 DJC-JDP |

1    The court has reviewed the notice of related cases in the above-captioned actions. All
2 four cases that were before the undersigned are now closed. The assigned District Judge and
3 Magistrate Judge in case no. 2:23-cv-00801-TLN-CKD have already resolved several pending
4 motions and that case is also closed. Although all the actions involve the same parties and are
5 based on similar claims, the court finds assignment of the actions to a single judge is not "likely
6 to effect a savings of judicial effort or other economies" in this case. E.D. Cal. L.R. 123(c). The
7 court therefore **declines** to relate the above-captioned actions.

8    IT IS SO ORDERED.

9 DATED: March 25, 2025.

UNITED STATES DISTRICT JUDGE